Argued March 23, affirmed April 13, 1915.

## BOWLSBY *v.* FITZGERALD.

(148 Pac. 53.)

From Umatilla: GILBERT W. PHELPS, Judge.

In Banc. Statement by MR. JUSTICE HARRIS.

W. L. Bowlsby was convicted, in the recorder's court of the City of Pendleton, of violating an ordinance which prescribed certain regulations for pawnbrokers

and second-hand dealers. The proceedings of the recorder's court were carried to the Circuit Court by a writ of review, and from a judgment dismissing the writ plaintiff appeals.                    AFFIRMED.

For appellant there was a brief and oral argument by *Mr. James A. Fee.*

For respondent there was a brief over the name of *Messrs. Carter & Smythe,* with an oral argument by *Mr. C. H. Carter.*

MR. JUSTICE HARRIS delivered the opinion of the court.

This case is a companion to *State ex rel.* v. *Kirkpatrick, ante,* p. 8 (148 Pac. 51) wherein we held that John W. Dyer had been legally acting as mayor of the City of Pendleton. The ordinance mentioned was assailed by the plaintiff on the theory that John W. Dyer did not possess the authority of mayor when, on December 9, 1914, he signed the ordinance as "Chairman and Acting Mayor," and that therefore the ordinance is void. The conclusion reached by this court in *State ex rel.* v. *Kirkpatrick, ante,* p. 8 (148 Pac. 51), controls the instant case.

The ordinance was signed by a person lawfully acting as mayor, and the judgment rendered by the Circuit Court is affirmed.                    AFFIRMED.